Kelvin J. MILES, Petitioner—
Appellant,

v.

WARDEN, MARYLAND CORREC-
TIONAL INSTITUTION—HAGERS-
TOWN, Respondent—Appellee.

No. 05–6004.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2005.

Decided April 18, 2005.

Kelvin J. Miles, Appellant pro se.

Before LUTTIG, MICHAEL, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Kelvin J. Miles, a state prisoner, seeks
to appeal the district court's orders deny-
ing relief on his petition filed under 28
U.S.C. § 2254 (2000) and denying his mo-
tion for reconsideration. An appeal may
not be taken from the final order in a
§ 2254 proceeding unless a circuit justice
or judge issues a certificate of appealabili-
ty. 28 U.S.C. § 2253(c)(1) (2000). A cer-
tificate of appealability will not issue for
claims addressed by a district court absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.

§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find both that the
district court's assessment of his constitu-
tional claims is debatable or wrong and
that any dispositive procedural rulings by
the district court are also debatable or
wrong. See Miller–El v. Cockrell, 537
U.S. 322, 338, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003); Slack v. McDaniel, 529 U.S.
473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); Rose v. Lee, 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Miles
has not made the requisite showing. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal. The motion
for bail and appointment of counsel is de-
nied. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process. The motion to ex-
pedite consideration of this appeal is de-
nied as moot.

*DISMISSED*